AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
JAN 29 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-MJ-1018 |
| ALEXANDER JAMES THOMAS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26, 2021__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g) and 111. | Felon in Possession of a Firearm or Ammunition; Forcible Assault on a Federal Law Enforcement Officer. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Jason Stewart, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/29/2021

_____
Judge's signature

City and state: Knoxville, TN

Magistrate Judge Debra C. Poplin
Printed name and title

Case 3:21-mj-01018-DCP   Document 1   Filed 01/29/21   Page 1 of 5   PageID #: 1

# AFFIDAVIT 3:21-MJ-1018

1. I, Jason Stewart, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state that:

2. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. I have been a Special Agent with the FBI since May of 2017. Previously I worked for approximately 2 years as a police officer in Knoxville, Tennessee, and served for approximately 8 years in the United States Army. As such, I am experienced in criminal investigations, including offenses involving firearms.

4. I have participated in numerous criminal investigations, including narcotics and firearms offenses. These investigations have resulted in the arrests of numerous targets and the seizure of various narcotics, firearms, and assets. During the course of these investigations, I have debriefed defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations, am familiar with firearms, conducted physical surveillance, supported wiretaps, executed search warrants, served subpoenas, analyzed and evaluated evidence and information obtained from court authorized pen registers and trap and trace intercepts, telephone tolls, financial documents, reviewed and transcribed recorded calls, and provided testimony. I have also been provided information and training from law enforcement experts in firearms and drug trafficking.

5. I am submitting this affidavit for the limited purpose of establish probable cause for the arrest of Alexander James Thomas ("Thomas"), for felon in possession of ammunition, in violation

of Title 18, United States Code, Section 922(g) and assault of a federal law enforcement officer, in violation of Title 18, United States Code, Section 111.

6. The facts in this affidavit are based upon my personal knowledge, as well as knowledge, information, and documentation that I obtained from other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include every fact known to me or to other law enforcement officers regarding this matter.

## PROBABLE CAUSE

7. On or about January 26, 2021, in the Eastern District of Tennessee, Federal United States Marshals, along with state and local law enforcement officers attempted to serve an arrest warrant on Alexander James Thomas ("THOMAS") at a home in Knoxville. The arrest warrant stemmed from charges in New York. Law enforcement officers repeatedly banged on the door of the home, announced that they were law enforcement, and then after opening the door, attempted to enter the home. Two United States Marshals attempted to enter the home first. The first Marshal was carrying a shield, while the second Marshal had a rifle. As they approached the open front door, the Marshal carrying a rifle saw THOMAS standing with a handgun in his hand pointing the handgun towards the Marshals. The Marshal carrying the shield was able to see a handgun in the hand of THOMAS through a window in the shield. The Marshal with the rifle opened fire but did not strike THOMAS. THOMAS fled into a back area of the home and the Marshals retreated from the dangerous situation to a perimeter around the home. Eventually, after a considerable amount of time had passed, THOMAS exited the home and was arrested.

8. Before THOMAS was arrested, after the initial confrontation, and while he was still inside the house, THOMAS filmed and posted several videos to a social media platform stating that law enforcement wanted him to come outside, and that they had shot at him. THOMAS was seen in

2

these videos holding a handgun and occasionally pointing the handgun at the camera. A screenshot is shown below:



9. After THOMAS was arrested, law enforcement searched the house, pursuant to a search warrant, and found a loaded handgun inside the house. Law enforcement also found a bag of powder that appeared to be cutting agent or illegal narcotics, scales, and plastic bags. The handgun found in the home appeared to match the handgun THOMAS was holding in the videos he posted to social media. At least one round of 9mm ammunition, found in the handgun, was not manufactured in the state of Tennessee and thus moved in interstate commerce.

10. According to a NCIC report on THOMAS, THOMAS is a convicted felon. THOMAS, on or about March 10, 2017, pled guilty to 3rd Degree Robbery, a felony, as well as Criminal Possession of a Controlled Substance 3rd Degree, Narcotic Drug Intent to Sell, a felony, in New York, along with other offenses. THOMAS was sentenced to 2-4 years of incarceration.

11. Based on the foregoing, I respectfully submit there is probable cause to support the arrest of the individual named in the complaint, THOMAS.

_____
SA JASON STEWART, FBI

Sworn and subscribed before me on
January 29, 2021, in Knoxville, TN.

_____
DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE

4